## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Alvester Harris                                    )        **Motion and Notice**
                                                           )        **Chapter 13**
                                                           )
                                                           )        No. B-10-80749 C-13D
                                    Debtor                 )

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

The Debtor's Plan provides for Plan payments of $1,605.00 per month and an estimated 33% dividend to unsecured creditors.  The Standing Trustee has reviewed the Debtor's Plan and the Plan payments require an increase in order to be completed within 60 months as required by 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Debtor's Plan to provide for Plan payments of $1,780.00 per month effective with the payment due for August, 2015.


Date:  June 10, 2015                                       s/Richard M. Hutson II
ltp                                                        Standing Trustee
-----------------------------------------------------------------------------------------------------------------------------

### NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before July 10, 2015, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*


If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on July 30, 2015, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*


Date:  June 10, 2015                                       OFFICE OF THE CLERK
                                                           U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-80749 C-13D**

Alvester Harris
2606 Dakota Drive
Durham, NC 27707

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615